1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone:  334-269-2343
5  Facsimile:  334-954-7555
   Attorneys for Plaintiffs
6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **Case No. : 07-1529 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                            **District Judge:  Charles R. Breyer**
14
    William Masterson (OH), et al.,
15
                              Plaintiffs
16                                          **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**
17   vs.

18  Pfizer Inc, et al.,

19                            Defendants.

20

21         Come now the Plaintiffs Helen Adkins (GA); Lucrisia Drake (GA); Nancy Everett (OK);

22  Zelda Huttoe (GA); Sherry P. Jones (GA); Sheila Keech (OH); and Aamer Khan (OR) in the

23  above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to

24  Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

25  **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys'

26  fees and costs.

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579352.1

DATED: 10-16, 2009          By: _____

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone:  334-269-2343
Facsimile:  334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212-335-4500
Facsimile:  212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: Oct. 22, 2009          _____
                              Hon. Charles R. Breyer
                              United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1

EAST\42579352.1